# DECISIONS IN CASES NOT REPORTED.

## FIFTH DEPARTMENT, JUNE TERM, 1885.

George E. Jennings and others, Respondents, v. Edward Bayer and others, Appellants. — Order appealed from reversed and judgment permitted to be modified as indicated in the opinion, with ten dollars costs and disbursements to appellants. Opinion by Bradley, J.

Bridget Grier, Respondent, v. The City of Lockport, Appellant. — Order affirmed. with ten dollars costs and disbursements. Opinion by Smith, P. J.

The People of the State of New York, Respondent, v. William Thomas Murphy. Appellant.— Judgment and conviction affirmed and proceedings remitted to the Court of Sessions of Monroe county. Opinion by Haight, J.

Pametta Mullen, an Infant by Guardian. Respondent, v. Asbury Christian, Appellant, Impleaded, etc.—Judgment and order affirmed. Opinion by Bradley, J.

In the Matter of the Judicial Settlement of the Accounts of Dorothy H. Huntington, Executrix, etc., of Wales H. Huntington, Deceased.— Decree affirmed, with the costs of this appeal to be paid by the appellant. Opinion by Haight, J.

Hiram Smith and others, Respondents. v. The City of Rochester, Appellant. — Judgment affirmed, with costs, on the opinion of Rumsey, J., at Special Term. Dissenting opinion by Haight, J.

John S. Brown, Appellant, v. Fannie Twist, Respondent — Judgment reversed and a new trial ordered, with costs to abide the event. Opinion by Barker, J

John Pendergast v. The Johnson Harvester Company. — New trial granted, with costs to abide the event. Opinion by Smith, P. J.

Theressa C. Loewengath, as Administratrix, etc., Appellant, v. Charles Hutte, Respondent. — Judgment affirmed, with costs to respondent, with leave to him to submit the question to the Special Term, to determine whether the plaintiff shall be charged personally with the costs. Opinion by Barker, J.

Frank F. Stevens, Appellant. v. Charles S. Butler and another, Respondents.—Judgment affirmed, on the opinion of Haight. J., in the former case. (Laing v. Butler, reported ante, p. 144.)

P. Henry Grace, Respondent, v. William Bentley and others, Appellants. — Judgment and order affirmed. Opinion by Bradley, J.

John W. Brigham and others, Respondents, v. William T. Fish, Appellant.—Order affirmed. Opinion by Smith, P. J.; Haight, J., not sitting.

John Arnot, Jr., Respondent, v. Harriet Whitcomb, as Executrix, etc., Appellant. — Judgment affirmed, with costs. Opinion by Barker, J.

In the Matter of Ellen A. Bangs, as General Guardian, etc. — Decree of the surrogate reversed and new hearing ordered, unless the respondent stipulates within twenty days to reduce the balance on the accounting to the sum of $612 97, as of 20th December, 1883, in which case the decree, as so modified, is affirmed, without costs of this appeal to either party. Opinion by Bradley, J.

Edward F. Lathrop and another, Appellants, v. Jonas J. Blake and others, Respondents. — Order granting new trial affirmed, with costs to abide the event, on the opinion by Lewis, J., at circuit.

Mary Tompkins, Respondent, v. Charles E Haight. Appellant. — Order affirmed, on opinion of Lewis, J., at circuit.

William L. Hunt, Respondent, v. The Buffalo, N. Y. and P. R. R. Co., Appellant. — Judgment affirmed. Opinion by Bradley, J.

Charles S. Hall, Appellant, v. Benjamin M. Baker, Respondent. — Judgment affirmed. Opinion by Smith, P. J.

August Siegrist, Respondent, v. John A. Holloway and others, Appellants.— Order affirmed. Opinion by Haight, J.

Mary A. B. Swan v. Van Buren Wheat and others. — Motion for a new trial denied and judgment ordered for the plaintiff on the verdict. Opinion by Smith, P. J.

Frank Dawson, Respondent. v. Albert Wells by Guardian ad litem, Appellant.— Judgment and order affirmed. Opinion by Haight, J.

Albert Wells, by Guardian, Appellant, v. Frank Dawson and others, Respondents. — Order affirmed, with costs to abide the event.

Isaac B Ellsworth and others, Respondents, v. The Etna Insurance Company. — Order affirmed. Opinion by Smith, P. J.; Barker, J., not sitting.

In the Matter of the General Assignment of Isaac Lawdauer to Louis Adler. — Order appealed from reversed, without costs. Opinion by Baker, J.

James H. Hooker, Respondent, v. George W. Dakin and others, Appellants. — Judgment modified by deducting therefrom the sum of $117.40, as of December 23, 1882, and as so modified affirmed, with costs, on the opinion of the referee. Bradley, J., not sitting.

Abigail Gliddon, Appellant, v. Alonzo Langdon, Respondent, Impleaded, etc. — Order affirmed. Opinion by Bradley, J

Annie Grapp, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Order affirmed. Opinion by Haight, J.

Lyman Bickford and another, Appellants, v. Isaac H. Sutherland, Respondent. — Order affirmed, with costs to abide the event, on the opinion of Dwight, J., at circuit.

William Stephen and another, Appellants, v. James H. Hughes, Respondent. — Judgment reversed and a new trial ordered before another referee, with costs to abide the event. Opinion by Smith, P. J.

Daniel Sourwine, Respondent, v. Patrick Lynch, Appellant. — Judgment affirmed. Opinion by Smith, P. J.

Sally M. Jeffers and others, Appellants, v. Robert M. Jeffers, Respondent. — Judgment modified as indicated in the opinion, and as modified affirmed, with costs. Judgment to be settled by Barker, J. Opinion by Barker, J.

The Mercantile Trust Company, Respondent, v. The Rochester and Ontario Belt Railroad Company, Respondent, and The Rochester and Windsor Beach Railroad Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Haight, J.; Barker, J., not voting.

Philander G. Crittenden, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order affirmed on opinion of Macomber, J., at Special Term.

William J. Prussia, as Overseer of the Poor, Respondent, v. George Guenther, Appellant.